458

FERIS ET AL., DBA FERIS BROS. TRUCKING CO. *v.* BALCOM ET AL., DBA D & L LOGGING CO., ET AL.

No. 1101. Decided March 25, 1968.

*Robert W. Gilley* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

LAHMAN, ADMINISTRATRIX *v.* W. E. GOULD & CO. ET AL.

No. 1103. Decided March 25, 1968.

*Raymond Harkrider* for appellant.

*Calvin P. Sawyier* for appellees W. E. Gould & Co. et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.